1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN 212970
   DISABLED ADVOCACY GROUP, APLC
3  12 Williamsburg Lane
   Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  SHANE SINGH, SBN 202733
   KRING & CHUNG, LLP
7  2620 J Street, Suite 1
   Sacramento, CA 95816-4381
8  Telephone: (916) 266-9000
   Facsimile: (916) 266-9001
9
   Attorneys for Defendants ART Restaurants
10 California, Inc.; Lojon Property, LLC; and
   LJ Remainder, LLC
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TONY MARTINEZ, | Case No. 2:11-cv-02622-LKK-EFB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and ORDER THEREON |
| ART RESTAURANTS CALIFORNIA, INC., et al., | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Tony Martinez, and defendants, ART Restaurants California, Inc.; Lojon Property, LLC; and LJ Remainder, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: November 26, 2012          DISABLED ADVOCACY GROUP, APLC

                                              /s/ Lynn Hubbard
                                              LYNN HUBBARD III
                                              Attorney for Plaintiff Tony Martinez

Dated: November 26, 2012          KRING & CHUNG, LLP

                                              /s/ Shane Singh
                                              SHANE SINGH
                                              Attorney for Defendants ART Restaurants California, Inc.; Lojon Property, LLC; and LJ Remainder, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-02622-LKK-EFB, is hereby dismissed with prejudice.

Dated: November 27, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT